# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RAUL BALMORE I.-S., | Case No. 26-cv-137 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of U.S. Immigration & Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, *Director for Executive Office for Immigration Review*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

Petitioner Raul Balmore I.-S., a citizen of El Salvador who is subject to a final order of removal as well as a grant of withholding of removal to El Salvador, filed a petition for a writ of habeas corpus alleging that he is being detained in violation of United States law. ECF No. 1 ¶¶ 65–87.  He requests, among other things, that the Court "[a]ssume jurisdiction over this matter," enjoin Respondents from removing him to El Salvador, and order his "release" from detention under an order of supervision.  *Id.* at 18.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Raul Balmore I.-S.'s Petition for Writ of Habeas Corpus (ECF No. 1) no later than January 20, 2026, certifying the true cause and proper duration of Raul Balmore I.-S.'s detention[1] and showing cause why the writ should not be granted;

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Raul Balmore I.-S.'s detention in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Raul Balmore I.-S.'s claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Raul Balmore I.-S. intends to file a reply to Respondents' answer, he must do so within 7 days of the date Respondents' answer is filed;

4. No further submissions from either party will be permitted, except as authorized by Court order;

---

[1]    The Court is uncertain if it has jurisdiction over this petition given references to Raul Balmore I.-S.'s custodial status in Minnesota, ECF No. 1 at 3 (requesting 72-hour notice and the opportunity to be heard "prior to any removal or movement of him away from the State of Minnesota"), and in Texas, ECF No. 1 at 18 (requesting that this Court issue an "order restraining Respondents from attempting to move Petitioner from the State of Texas during the pendency of this Petition").

5. Respondents shall provide notice to Raul Balmore I.-S. and this Court of their intention to move Raul Balmore I.-S. outside this District no less than 72 hours before any such movement is to be effected; and

6. Respondents must not remove Raul Balmore I.-S. from the United States during the pendency of these proceedings.

Dated: January 12, 2026         *s/Laura M. Provinzino*
                                Laura M. Provinzino
                                United States District Judge