# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| RAUL BALMORE I.-S., | Case No. 26-cv-137 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER DISMISSING HABEAS PETITION** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of U.S. Immigration & Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAREN K. MARGOLIN, *Director for Executive Office for Immigration Review*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

David L Wilson and Katherine Lourdes Santamaria El Bayoumi, **Wilson Law Group, Minneapolis, MN**, for Petitioner.

Liles H. Repp, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

Petitioner Raul Balmore I.-S., a citizen of El Salvador who is subject to a final order of removal as well as a grant of withholding of removal to El Salvador, filed a petition for a writ of habeas corpus alleging that he is being detained in violation of United States law. ECF No. 1 ¶¶ 65–87.  On January 20, 2026, Respondents filed an unopposed motion to dismiss the petition asserting that the parties agree that Raul Balmore I.-S. should be

released from custody pursuant to supervised release conditions set by Immigration and Customs Enforcement. ECF No. 4.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Unopposed Motion for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice (ECF No. 4) is **GRANTED** and the Petition (ECF No. 1) is **DISMISSED** without prejudice;

2. Respondents are ordered immediately to return Raul Balmore I.-S. to the District of Minnesota;

3. Respondents are ordered immediately to release Raul Balmore I.-S. when he arrives in the District of Minnesota subject to supervision with conditions consistent with 8 C.F.R. § 241.5; and

4. Respondents are ordered to provide a status update no later than January 26, 2026, informing the Court of its compliance with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 21, 2026         *s/Laura M. Provinzino*
                                Laura M. Provinzino
                                United States District Judge