# UNITED STATES DISTRICT COURT
## District of Minnesota

Raul Balmore Inosente-Sermeno

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Executive Office for Immigration Review, David Easterwood,

Respondent(s).

Party Type

Additional Party Name

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-137 LMP/DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Unopposed Motion for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice (ECF No. 4) is GRANTED and the Petition (ECF No. 1) is DISMISSED without prejudice;

2. Respondents are ordered immediately to return Raul Balmore I.-S. to the District of Minnesota;

3. Respondents are ordered immediately to release Raul Balmore I.-S. when he arrives in the District of Minnesota subject to supervision with conditions consistent with 8 C.F.R. § 241.5;

and

4. Respondents are ordered to provide a status update no later than January 26, 2026, informing the Court of its compliance with this Order.

Date: 1/21/2026

KATE M. FOGARTY, CLERK